## LEAVY v. MANHATTAN DELIVERY CO.

(Supreme Court, Appellate Term.   March 24, 1904.)

1. DAMAGES—EXCESSIVE VERDICTS.

> Where the verdict exceeded the amount established by plaintiff's own evidence, it will be reduced to accord to the proof.

Appeal from City Court of New York, Trial Term.

Action by Newman Leavy against the Manhattan Delivery Company.   From a judgment of the City Court for plaintiff, and from an order denying a new trial, defendant appeals.   Affirmed.

Argued before FREEDMAN, P. J., and SCOTT and BLANCHARD, JJ.

Eidlitz & Hulse, for appellant.

Louis Steckler, for respondent.

BLANCHARD, J.  This appeal presents for consideration only questions of fact.   These were properly submitted to the jury upon the conflicting evidence, and appear to have been correctly determined, except in respect to the amount which the plaintiff was entitled to recover.   There was no proof that the plaintiff expended for medical attendance, nursing, and medicine more than $390.   The verdict was, however, for $415, and was therefore excessive to the extent of $25. The objection, to this extent, should have been sustained.   The judgment should be reduced from $545.79 to $520.79.   The other exceptions do not present any error calling for reversal.

The judgment as reduced, and the order denying defendant's motion for a new trial, should be affirmed, without costs.   All concur.